# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**v.**                         **NO. 4:20-CR-00267-15 LPR**

**COJAN BAILEY,**
a/k/a "COJAN OWENS", a/k/a "COGEE"                               **DEFENDANT**

## ORDER

Pending before the Court is the Government's Motion to Dismiss the Indictment without prejudice (Doc. No. 233). The motion is made pursuant to Rule 48(a). The motion is granted. The indictment is thus dismissed without prejudice.

IT IS SO ORDERED this 1st day of March 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE